ORDERED.

Dated: December 19, 2019

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                        Case No.: 8:19-BK-09018-MGW
                                                                              Chapter 7
LAURA MOYLAN

_____DEBTOR_____/

ORDER ON APPLICATION TO EMPLOY

This cause came on for consideration upon the Application to Employ Patrick Butler and BK Global Real Estate Services and Feliciano Higuera and Real Estate Solutions Today, Inc. in the above-captioned Chapter 7 case (Doc. No. 16, hereinafter "Application"). The Court has considered the Application, together with the record, and is satisfied that the Application is well taken and should be approved. Accordingly, it is ORDERED and ADJUDGED:

1. The Application is approved.
2. Patrick Butler and BK Global Real Estate Services and Feliciano Higuera and Real Estate Solutions Today, Inc. may not receive compensation in this case without an Application to and an Order from this Court. Compensation will be determined later in accordance with 11 U.S.C. Sec 330.

Trustee, Beth Ann Scharrer, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.